PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Third Floor
Redwood City, California 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

JOHN M. RIESTENBERG (SBN 82668)
LAW OFFICES OF JOHN M. RIESTENBERG
455 Capitol Mall, Suite 410
Sacramento, CA 95814
Telephone: (916) 443-6300
Facsimile: (916) 329-3435

Attorneys for Plaintiffs,
GENIE DIBBLE-GILMAN and MICHELLE DAVENPORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENIE DIBBLE-GILMAN, MICHELE DAVENPORT, <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, <br><br> Defendant. | CASE NO. C 05-04807 <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING ADR CUTOFF** <br><br> Mediation: July 28, 2006 <br> Discovery Cutoff: January 12, 2007 <br> Motion Cutoff: March 20, 2007 <br> Trial: April 23, 2007 <br><br> **Honorable Martin J. Jenkins** |

Plaintiffs Genie Dibble-Gilman and Michele Davenport allege claims for breach of contract and breach of the duty of good faith and against Liberty Life Assurance Company of Boston ("Liberty Life"). Plaintiffs' action arises from the termination of their claims for long-term disability benefits under a group disability income policy issued by Liberty Life to the University of California.

On March 8, 2006, the parties, through their respective counsel, agreed to particpate in private ADR. On March 16, 2006, the court ordered the parties to complete ADR within 90 days

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1  (i.e., by June 14, 2006).                                                                26 and 28

2      Whereas, the parties have agreed to mediation before Jim Mart of J.A.M.S. on July 25,

3  2006, the earliest available date on which plaintiffs, a representative of Liberty Life, and counsel

4  for the parties are available after completion of preliminary discovery needed for the mediation;

5      **IT IS HEREBY STIPULATED** by and between plaintiffs and Liberty Life, through their

6  respective counsel, that the last day for the parties to complete ADR shall be and hereby is

7  continued from June 14, 2006 to July 31, 2006.

8      **IT IS SO STIPULATED.**

9  Dated: June 7, 2006          LAW OFFICES OF JOHN M. RIESTENBERG

10

11                           By:_____

                            JOHN M. RIESTENBERG

12                              Attorney for Plaintiffs, GENIE DIBBLE-

                            GILMAN and MICHELE DAVENPORT

13

14  Dated: June 7, 2006          ROPERS, MAJESKI, KOHN & BENTLEY

15

16                           By:_____

                            PAMELA E. COGAN

17                              ROBERT M. FORNI, JR.

                            Attorneys for Defendant, LIBERTY LIFE

18                              ASSURANCE COMPANY OF BOSTON

19            **ORDER**

20      **IT IS SO ORDERED.**

21

22  Dated: 6/12/2006           _____

                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

RCI/404606.1/RL1              - 2 -             STIPULATION AND [PROPOSED] ORDER
                                                     CONTINUING ADR CUTOFF
                                                      CASE NO C 05-04807