IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIBBLE-GILMAN ET AL, | No. C05-04807 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

The Court has received no opposition or statement of non-opposition from Plaintiffs to Defendant's Motion to Sever, which is scheduled for hearing on July 25, 2006. Under the Civil Local Rules, the opposition was due three weeks before the hearing date. This hearing is hereby **VACATED**.

Plaintiffs are hereby **ORDERED** to show good cause in writing, by **July 17, 2006**, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

1    Plaintiffs are **ORDERED** to file an opposition or statement of non-opposition concurrently
2 with the response to this order to show good cause. Defendant may file a reply one week after
3 Plaintiffs' opposition is filed. Failure to respond to this order shall result in the imposition of
4 sanctions, which may include granting the motion.

9 **IT IS SO ORDERED.**

12 Dated: July 10, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE