1  PAMELA E COGAN (SBN 105089)
   ROBERT M FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, CA 94063
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780 1701
   pcogan@ropers com
5  rforni@ropers com

6  Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  GENIE DIBBLE GILMAN, MICHELE       CASE NO  C 05-04807 MJJ
    DAVENPORT,
12                                     STIPULATION AND [        ] ORDER
                  Plaintiffs,          (1) SEVERING CLAIMS BY MICHELE
13                                     DAVENPORT; (2) STRIKING CLAIMS BY
    v                                  MICHELE DAVENPORT; AND (3)
14                                     DISMISSING CLAIMS BY MICHELE
    LIBERTY LIFE ASSURANCE             DAVENPORT
15  COMPANY OF BOSTON,

16                Defendant

17

18      IT IS HEREBY STIPULATED AND AGREED by plaintiffs, GENIE DIBBLE

19  GILMAN and MICHELE DAVENPORT (hereinafter referred to as "DAVENPORT"), and

20  defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON (hereinafter referred to as

21  "LIBERTY"), by and through their attorneys of record, to the following:

22      DAVENPORT, and any and all claims alleged, and relief sought, by her against

23  LIBERTY in this action (including those alleged in Paragraphs 2, 9 through 13, and 26 through

24  37 of the Complaint on file herein), shall be and hereby are dismissed from this action with

25  prejudice

26      DAVENPORT and LIBERTY shall bear their own fees and costs.

27      DAVENPORT, and any and all claims alleged, and relief sought, by her against

28  LIBERTY in this action (including those alleged in Paragraphs 2, 9 through 13, and 26 through

RC1/411832 1/RMF

STIPULATION AND ORDER DISMISSING CLAIMS
BY PLAINTIFF MICHELE DAVENPORT
CASE NO  C 05-04807 MJJ

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

37 of the Complaint on file herein) shall be and hereby are severed from this action

Any and all claims alleged, and relief sought, by DAVENPORT against LIBERTY in this action (including those alleged in Paragraphs 2, 9 through 13, and 26 through 37 of the Complaint on file herein) shall be and hereby are stricken from the Complaint

IT IS SO STIPULATED.

Dated: September 20, 2006

LAW OFFICES OF JOHN M. RIESTENBERG

By _____
JOHN M. RIESTENBERG
Attorney for Plaintiffs, GENIE DIBBLE-
GILMAN and MICHELE DAVENPORT

Dated: ~~September~~ October 3, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By _____
PAMELA E. COGAN
ROBERT M. FORNI, JR
Attorneys for Defendant, LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

**ORDER**

IT IS SO ORDERED.

Dated : 10/12/2006

_____
The Honorable Martin J. Jenkins
UNITED STATES DISTRICT COURT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RCI/411832 1/RMF

- 2 -

STIPULATION AND ORDER DISMISSING CLAIMS
BY PLAINTIFF MICHELE DAVENPORT
CASE NO. C 05 04807 MJJ