1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, CA 94063
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   pcogan@ropers.com
5  rforni@ropers.com

6  JOHN A. ROWLAND (SBN 43862)
   ROPERS, MAJESKI, KOHN & BENTLEY
7  201 Spear Street, Suite 1000
   San Francisco, California 94105
8  Telephone: (415) 543-4800
   Facsimile: (415) 274-6301
9  E-mail: jrowland@ropers.com

10 Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GENIE DIBBLE-GILMAN, MICHELE DAVENPORT,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CASE NO. C 05-04807 MJJ<br><br>**STIPULATION AND** [PROPOSED] **ORDER STRIKING AND DISMISSING CLAIMS BY PLAINTIFF GENIE DIBBLE-GILMAN** |
|---|---|

**IT IS HEREBY STIPULATED AND AGREED** by plaintiff, GENIE DIBBLE-GILMAN ("DIBBLE-GILMAN") and defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON (hereinafter referred to as "LIBERTY"), by and through their attorneys of record, that any and all claims alleged, and relief sought, by DIBBLE-GILMAN against LIBERTY in this action (including those alleged in Paragraphs 1, 4 through 8, and 14 through 25 of the Complaint on file in that action), shall be and hereby are stricken from the Complaint, and dismissed from this action with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that DIBBLE-GILMAN and

RC1/427130.1/RMF

STIPULATION AND ORDER DISMISSING CLAIMS
BY PLAINTIFF GENIE DIBBLE-GILMAN
CASE NO. C 05-04807 MJJ

1  LIBERTY shall bear their own fees and costs

2      IT IS SO STIPULATED.

3  Dated: February 27, 2007            LAW OFFICES OF JOHN M. RIESTENBERG

5                                       By_____
6                                           JOHN M. RIESTENBERG
                                            Attorney for Plaintiffs, GENIE DIBBLE-
7                                           GILMAN and MICHELE DAVENPORT

8  Dated: February 27, 2007            ROPERS, MAJESKI, KOHN & BENTLEY

10                                      By_____
                                            PAMELA E. COGAN
11                                          JOHN A. ROWLAND
                                            ROBERT M. FORNI, JR
12                                          Attorneys for Defendant, LIBERTY LIFE
                                            ASSURANCE COMPANY OF BOSTON

14                                      **ORDER**

15      IT IS SO ORDERED.

17  Dated: 03/02/07                    _____
                                            The Honorable Martin J. Jenkins
18                                          UNITED STATES DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California — Judge Martin J. Jenkins]*